UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RICKY J. GOODLOE, )
 )
    Plaintiff, )
 )
    v. ) No. 4:09CV615 TIA
 )
ROY MUELLER, et al., )
 )
    Defendants. )

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated this 8th day of October, 2009.

                                                HENRY EDWARD AUTREY
                                           UNITED STATES DISTRICT JUDGE